*E. Dumont*, for the plaintiff.

May Term,
1852.

CONWELL
v.
THE STATE.

---

CONWELL and Others *v.* THE STATE.

A person who owns the reversion or remainder in land, if there is a suit pending between him and another involving a question of waste or improvements, has a right to go upon the premises in a peaceable manner with witnesses, for the purpose of examining the same.

ERROR to the *Franklin* Circuit Court.

SMITH, J.—This was an indictment for riot. The indictment charges that on, &c., at, &c., *Conwell* and five others did unlawfully, riotously, &c., assemble together to disturb the peace, and did make a great noise, riot, &c., and did riotously, &c., strike, beat, &c., one *Smith*, in the peace of the state, &c. The defendants pleaded not guilty. *Conwell*, and two of the other defendants were found guilty and fined, and three of the defendants were acquitted.

The record does not contain the evidence, but a bill of exceptions states that the defendants requested the Court to charge the jury that " if *Conwell* owned a part of the reversion or remainder of the land in dispute, and there was a suit pending between himself and *Hedrick* involv-

Monday,
May 31.

ing a question of waste or improvements, *Conwell* was authorized to go upon the premises in a peaceable manner, with his witnesses, for the purpose of examining the same," and that " there was evidence in the case authorizing said charge;" but the Court refused to give it.

Not having the evidence before us, we cannot estimate what effect this instruction would have had upon the result of the trial, but we can see no objection to it as an abstract principle of law, and, from all that appears, we think it should have been given.

*Per Curiam.*—The judgment is reversed. Cause remanded, &c.

*G. Holland* and *J. D. Howland*, for the plaintiffs.

*D. D. Jones* and *J. Ryman*, for the state.